IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Graves, Gloster | Case Number: 08 B 09384 |
|---|---|---|
| | Graves, Janet D | Judge: Hollis, Pamela S |
| | Printed: 03/24/09 | Filed: 4/16/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: February 9, 2009
Confirmed:  July 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,600.00 | |
| Secured: | | 3,168.77 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 431.23 |
| Other Funds: | | 0.00 |
| Totals: | 6,600.00 | 6,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 3,000.00 | 3,000.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Numark Credit Union | Secured | 9,899.15 | 1,200.00 |
| 4. | Ford Motor Credit Corporation | Secured | 18,805.27 | 1,787.78 |
| 5. | Chase Home Finance | Secured | 27,326.06 | 180.99 |
| 6. | Numark Credit Union | Unsecured | 1,140.42 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 38.89 | 0.00 |
| 8. | Illinois Dept Of Employment Sec | Unsecured | 77.87 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 120.72 | 0.00 |
| 10. | Numark Credit Union | Unsecured | 0.04 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 143.69 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 47.64 | 0.00 |
| 13. | AFL-CIO Mutual Benefit Fund | Unsecured | 932.97 | 0.00 |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 16. | Citgo | Unsecured | | No Claim Filed |
| 17. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 18. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 19. | Lawrence Jargmin DDS | Unsecured | | No Claim Filed |
| 20. | BP Amoco | Unsecured | | No Claim Filed |
| 21. | JC Penney Corporation Inc | Unsecured | | No Claim Filed |
| 22. | Primary Care | Unsecured | | No Claim Filed |
| 23. | Shell | Unsecured | | No Claim Filed |
| 24. | South Suburban Hospital | Unsecured | | No Claim Filed |
| | | | $ 61,532.72 | $ 6,168.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Graves, Gloster | Case Number: 08 B 09384 |
|---|---|
| Graves, Janet D | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 4/16/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 286.02 |
| 6.6% | 145.21 |
| | $ 431.23 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*